# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Quamaine Lee Massey, <br><br> Plaintiff(s), <br><br> vs. <br><br> Dustin Goins, <br><br> Defendant(s). | JUDGMENT IN CASE <br><br> 5:19-cv-00030-MR |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 30, 2020 Order.

June 30, 2020

*Frank G. Johns*, Clerk
United States District Court